**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Shaun Autaleon POSTON, a/k/a Shawn Autaleon Poston, Defendant—Appellant.**

**No. 09–6885.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Shaun Autaleon Poston, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaun Autaleon Poston appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Poston,* No. 5:99–cr–00012–RLV–8 (W.D.N.C. Apr. 17, 2009). *See United States v. Dunphy,* 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*